39 So.2d 925

### Jack MERRIMAN v. STATE.
4 Div. 88.

Court of Appeals of Alabama.
April 5, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.

39 So.2d 59

### Elmer MILLER v. H. C. HUCKABY.
8 Div. 695.

Court of Appeals of Alabama.
Jan. 20, 1949.

PER CURIAM.
Appeal dismissed, want of prosecution.

41 So.2d 921

### Fred MILLS v. STATE.
6 Div. 767.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

41 So.2d 922

### George MIXON v. STATE.
8 Div. 702.

Court of Appeals of Alabama.
May 24, 1949.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.
Appeal dismissed.

42 So.2d 848

### Lonnie (alias Lon, alias J. L.) MOBLEY v. STATE.
6 Div. 716.

Court of Appeals of Alabama.
Oct. 10, 1949.

Fite and Fite, of Hamilton, and Wright & Smith, of Fayette, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.
Appeal dismissed, motion of appellant.

41 So.2d 922

### J. C. MOORE, alias Joe Hughes v. STATE.
6 Div. 785.

Court of Appeals of Alabama.
April 26, 1949.

A. A. Carmichael, Atty. Gen., for the State.

CARR, Judge.
Affirmed.